# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AILEEN LIZAMA,<br><br>Defendant. | Case No.: 19-cr-3390 W<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582(c)(1)(A)(i) [DOC. 43]** |

On March 17, 2020, this Court sentenced Defendant Aileen Lizama to 15 months imprisonment for Importation of Methamphetamine in violation of 21 U.S.C. §§ 952 and 960. Defendant now moves for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A)(i), arguing that her health issues and the recent outbreak of coronavirsu at San Luis Detention Center, where she is housed, make her particularly vulnerable to becoming seriously ill from the coronavirus.

18 U.S.C. § 3582(c) provides that a defendant may bring a motion only after she has "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons" to bring a motion on her behalf. Defendant has satisfied the exhaustion requirement and the Court has jurisdiction and for the reasons below will grant Defendant's motion.

Under 18 U.S.C. § 3582(c)(1)(A)(i), a court may reduce a defendant's term of imprisonment "after considering the factors set forth in [18 U.S.C. § 3553(a)]" if the court finds that "extraordinary and compelling reasons warrant such a reduction" and "such reduction is consistent with applicable policy statements issued by the Sentencing Commission."

The United States agrees that the Defendant's health issues and body mass index over 30, which the CDC identifies as one with an increased risk of serious illness from Covid-19, constitute "extraordinary and compelling" reasons to reduce Defendant's sentence.

Based on the foregoing, the Court **GRANTS** the motion [Doc. 43] and **ORDERS**:

(1) Defendant is resentenced to a custodial sentence of time served effective upon her obtaining a medical clearance from San Luis Detention Center that she is not infected with Covid-19.

(2) Defendant is to contact the U.S. Probation Office within 72 hours of her release from custody to arrange for the unserved portion of her original custodial sentence to be served by home confinement as a condition of her 3-year term of supervised release.

**IT IS SO ORDERED.**

Dated: October 27, 2020

Hon. Thomas J. Whelan
United States District Judge